# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RICKY A. JOHNSON                                                   PLAINTIFF

V.                      No. 3:20-CV-00251-DPM-JTR

STEVE FRANKS, Sheriff,
Greene County, *et al.*
DEFENDANTS

## ORDER

Plaintiff Ricky A. Johnson's free-world Application to Proceed *In Forma Pauperis* (*Doc. 8*) is GRANTED pursuant to 28 U.S.C. § 1915(a). He will be allowed to continue proceeding as an indigent.

IT IS SO ORDERED this 29th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE