IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICKY A. JOHNSON                                                                                  PLAINTIFF

v.                                      No. 3:20-cv-251-DPM-JTR

STEVE FRANKS,
Sheriff, Greene County;
BRENT COX, Jail Administrator,
Greene County Detention Facility;
A HUBBEL, Commissary Manager,
Greene County Detention Facility;
HARRIS, Sergeant,
Green County Detention Facility;
and DOES, "John and Jane,"
Greene County
Detention Facility Employees
or County Employees                                                                            DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 10*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Johnson's complaint will be dismissed without prejudice for failure to state a claim upon which relief may be granted. The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 June 2021