IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICKY A. JOHNSON                                                              PLAINTIFF

v.                              No. 3:20-cv-251-DPM-JTR

STEVE FRANKS,
Sheriff, Greene County;
BRENT COX, Jail Administrator,
Greene County Detention Facility;
A HUBBEL, Commissary Manager,
Greene County Detention Facility;
HARRIS, Sergeant,
Green County Detention Facility;
and DOES, "John and Jane,"
Greene County
Detention Facility Employees
or County Employees                                                          DEFENDANTS

## JUDGMENT

Johnson's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

8 June 2021